[No. 25072-5-III. Division Three. June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH R. THIEFAULT, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 05-1-00029-5, Allen Nielson, J., entered March 24, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25327-9-III. Division Three. June 26, 2007.]

DALE CAMPBELL ET AL., *Appellants*, v. TICOR TITLE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-2-00118-2, Rebecca M. Baker, J., entered June 16, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 25372-4-III. Division Three. June 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DAVID RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-02938-8, C. James Lust, J., entered June 15, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Stephens, J.

[No. 34454-8-II. Division Two. June 28, 2007.]

LEWIS COUNTY ET AL., *Respondents*, v. VICTOR BONAGOFSKI, *Individually, as Trustee, and as Trust Representative, Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 04-2-01027-4, Nelson E. Hunt, J., entered January 27, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.